11th
Court of Appeals

 Eastland,
Texas

  Memorandum
Opinion

 

Dallas Central Appraisal District

Appellant

Vs.                   No.
11-03-00041-CV B Appeal from Dallas County

John T. Amend and Teresa A. Amend

Appellees

 

The parties have filed in this court an
agreed motion to dismiss the appeal.  In
their motion, the parties state that Aall matters of fact and things in controversy have been fully and
finally compromised and settled by and between the Parties.@  The
motion is granted.  TEX.R.APP.P.
42.1(a).

The appeal is dismissed.

 

PER CURIAM

April 24, 2003

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.